ADAM PAUL LAXALT
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ROHN GILL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00159-MMD-VPC<br><br>**MOTION TO EXTEND STAY** |

    Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to have the stay in this matter extended until seven days after completion of the early mediation conference. This Court entered an Order (ECF No. 7) on May 21, 2018. The Order stayed the matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. An early mediation conference has not yet been set and the 90 day stay has expired.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1     Accordingly, Defendants respectfully request that this Court stay that matter until seven days after an early mediation conference can be completed.

Dated this 20th day of August 2018.

                              ADAM PAUL LAXALT
                              Attorney General

                    By: _____
                              ROBERT W. DELONG
                              Deputy Attorney General
                              Bureau of Litigation
                              Public Safety Division

                              *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 8/31/2018

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on August 20, 2018, I caused to be served a copy of the foregoing, **MOTION TO EXTEND STAY**, by U.S. District Court CM/CFE Electronic Filing to:

Kevin Rohn Gill #89919
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General