AARON D. FORD
  Attorney General
ROBERT W. DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ROHN GILL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00159-MMD-CBC<br><br>**MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S "REQUESTS FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 33 AND 34."** |

    Defendants, Dr. Romeo Aranas, Candis Brockway, and Jonathan Perry, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to respond to Plaintiff's Requests for Interrogatories and Production of Documents Pursuant to Fed. R. Civ. P. 33 and 34.

    This is an inmate civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Kevin Gill (Plaintiff) is an inmate in the custody of the Nevada Department of Corrections (NDOC).

    Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Miss. Val. Barge Line Co.*, 31 F.R.D. 282

1

(W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). The present deadline for Defendant Romeo Aranas to respond to "Plaintiff's Requests for Interrogatories and Production of Documents Pursuant to Fed. R. Civ. P. 33 and 34" is today, March 1, 2019.

Defendants seek an enlargement of time to respond because Defendant Romeo Aranas is out of the country on vacation until March 19, 2019. Defendants respectfully request that the deadline to respond to Plaintiff's discovery be extended for 45 days. If granted, the new deadline to respond to the discovery would be Friday, April 12, 2019.

Good cause exists to extend the time to file this motion. This request is made in good faith and not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

Dated March 1, 2019.

AARON D. FORD
Attorney General

By: /s/ Robert W. DeLong
ROBERT W. DELONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 3/4/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on March 1, 2019, I caused to be deposited for mailing, a true and correct copy of the foregoing, **MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S "REQUESTS FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 33 AND 34,"** on the following:

Kevin Rohn Gill #89919
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General