1 | AARON D. FORD
   Attorney General
2 | DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3 | State of Nevada
   Public Safety Division
4 | 100 N. Carson Street
   Carson City, NV 89701-4717
5 | Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6 |
   *Attorneys for Defendant*
7 | *Romeo Aranas*



8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**   *ORDER*

10 | KEVIN ROHN GILL,                         Case No. 3:17-cv-00159-MMD-CBC

11 |                 Plaintiff,           **DEFENDANT'S MOTION FOR
                                          ENLARGEMENT OF TIME TO ANSWER
12 | vs.                                  OR OTHERWISE RESPOND TO
                                          PLAINTIFF'S COMPLAINT**
13 | ROMEO ARANAS, et al.,

14 |                 Defendants.

15 |        Defendant, Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the

16 | State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Honorable

17 | Court for an enlargement of time to answer or otherwise respond to Plaintiff's complaint. A hearing on

18 | this motion is not requested.

19 |                 **MEMORANDUM OF POINTS AND AUTHORITIES**

20 | **I.      RELEVANT FACTS AND PROCEDURAL HISTORY**

21 |        This case is a pro se civil suit pursuant to the Eighth Amendment to the United States

22 | Constitution. (ECF No. 29 at 3-15). Plaintiff, Kevin Rohn Gill (Plaintiff), is an inmate in the lawful

23 | custody of the Nevada Department of Corrections (NDOC). (ECF No. 1-1, 6, 29).   Plaintiff sues

24 | Defendant for deliberate indifference to serious medical need and cruel and unusual punishment. The

25 | Court's Screening Order only allowed him to proceed on a single deliberate indifference claim. (ECF

26 | No. 5 at 5).

27 | ///

28 | ///

1

1    Plaintiff filed his Second Amended Complaint in this matter on May 2, 2019, (ECF No. 37). A

2  revised Notice of Acceptance of Service was filed May 28, 2019. (ECF No. 44).   Accordingly,

3  Defendants' answer is due today, July 8, 2019.  Unfortunately, Defendants are unable to comply with

4  this deadline.  Due to a recent reassignment of this matter, due to the resignation of the prior attorney

5  counsel is unable to timely answer or otherwise respond to the Complaint.   This is the result of

6  temporary short-staffing in this Bureau of Litigation at the Office of the Attorney General.

7  Defendants' counsel is also currently preparing to assist in a jury trial before the United States District

8  Court, which is scheduled to commence on August 12, 2019, and counsel needs sufficient time to

9  prepare for trial.   Therefore, Defendants request fifteen (15) additional days, or up to and including

10  Tuesday, July 23, 2019, to answer or otherwise respond to Plaintiff's complaint.

11  **II.    DISCUSSION**

12    Federal Rule of Civil Procedure 6(b) governs enlargements of time and provides as follows:

13      (1) In General. When an act may or must be done within a specified time, the

14    court may, for good cause, extend the time:

15      (A) with or without motion or notice if the court acts, or if a request is made,

16    before the original time or its extension expires; or

17      (B) on motion made after the time has expired if the party failed to act because of

18    excusable neglect.

19    Here, the answer or other response to Plaintiff's complaint is due today, July 8, 2019.

20  Defendant is requesting the enlargement of time in advance of the expiration of the period originally

21  prescribed by the Federal Rules of Civil Procedure to respond.   Therefore, the Court may extend the

22  time for good cause.  Defendant needs the requested enlargement due to a recent and dramatic increase

23  in his counsel's current workload.  The Bureau of Litigation at the Office of the Attorney General has

24  recently experienced short-staffing, because other attorneys accepted new employment opportunities.

25  This short-staffing problem should be resolved in the very near future.  Moreover, counsel is currently

26  preparing for a jury trial before the United States District Court and needs sufficient time to prepare.

27  ///

28  ///

Defendant asserts the current short-staffing and his counsel's need to prepare for trial constitutes good cause for the requested enlargement. Consequently, Defendant requests fifteen (15) additional days, or up to and including Tuesday, July 23, 2019, to answer or otherwise respond to Plaintiff's complaint.

## IV.   CONCLUSION

Based on the foregoing, Defendant respectfully request this Honorable Court allow them up to and including Tuesday, July 23, 2019, to file his answer or other response to Plaintiff's complaint.

Dated this 8th of July, 2019.

AARON D. FORD
Attorney General

By:  _____

DOUGLAS R. RANDS, Bar No. 3572
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED 7/9/2019

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th of July, 2019, I caused to be deposited for mailing in the U.S. Mail, a copy of the foregoing, **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT,** to the following:

Kevin Rohn Gill #89919
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

An employee of the
Office of the Attorney General

4

# DECLARATION

## DOUGLAS R. RANDS

# DECLARATION

**DECLARATION OF DOUGLAS R. RANDS**

1.  I, Douglas R. Rands, am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

2.  The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

3.  I am an Attorney licensed to practice law in the Federal District Court for the District of Nevada.

4.  In connection with the filing of this declaration, I submit this declaration in support of Defendant's Motion for Extension of Time in the matter entitled *Gill v Aranas,* Case No. 3:17-cv-00159-MMD-CBC.

5.  I have submitted the Motion on behalf of my client due to the late reassignment of this matter from another attorney in this office.

6.  The Bureau of Litigation at the Office of the Attorney General has recently experienced short-staffing, because other attorneys accepted new employment opportunities.  This short-staffing problem should be resolved in the very near future.

7.  Moreover, counsel is currently preparing for a jury trial before the United States District Court and needs sufficient time to prepare.

8.  This motion is not made for the purpose of delay.

9.  An answer or other reply will be filed by July 23, 2019.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 8th day of July, 2019

Douglas R. Rands

1